IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-01552-CMA-CBS

CATHIE OLSON,

    Plaintiff,

v.

CONTINENTAL CASUALTY INSURANCE, and
THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,
as fiduciaries for the BK ENTERTAINMENT , INC. GROUP DISABILITY PLAN,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Amend Complaint (*doc. #14*) is GRANTED. As of the date of this order, the Clerk of Court is instructed to accept for filing, the amended complaint (*doc no. 14-2*) tendered to the court on November 7, 2008.

**DATED:**    November 20, 2008