IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| Civil Action: 08-cv-01552-CMA-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: February 4, 2009 | Courtroom Deputy: Ginny Kramer |

*Parties:* | *Counsel:*

CATHIE OLSON, | R. Craig Ewing

    Plaintiff,

v.

HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, THE | Jack Englert, Jr.
*as fiduciaries for other BK Entertainment Inc., Group Disability Plan,* et al., | Clay Rogers

    Defendants.

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING: MOTION HEARING**
**Court in Session: 1:31 p.m.**

Court calls case. Appearances of counsel.

The Court and counsel discuss pending motions.

**It was ORDERED:**

    1.    That the Defendant's Motion for Protective Order [#18] filed December 11, 2008 is **DENIED without prejudice.**

2. That the Plaintiff's Motion to Amend/Correct/Modify Scheduling Order [#30] filed December 31, 2008, is **GRANTED.** The deadline for joinder of parties and amendment of pleadings is extended to **March 7, 2009.**

3. That the Defendant VKGS LLC's Motion for More Definite Statement [#33] filed January 12, 2009 is **DENIED without prejudice**. The Defendant VKGS shall have twenty (20) days from today's date to answer or otherwise respond.

4. That the Plaintiff's Unopposed Motion to Amend/Correct/Modify Scheduling Order [#37] filed January 15, 2009, is **DENIED.**

5. That the discovery deadline and the deadline to designate experts are **VACATED.**

6. That the Settlement Conference scheduled for February 10, 2009 at 1:30 p.m. is **VACATED.**

HEARING CONCLUDED.

**Court in recess**: **1:53 p.m.**
Total time in court:     00:23 minutes

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.