## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action No.: 08-cv-01552-CMA-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date: March 25, 2009 | Courtroom Deputy: Linda Kahoe |

| | |
|---|---|
| CATHIE OLSON, | R. Craig Ewing |
| **Plaintiff,** | |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, THE, *et al.* | Jack M. Englert, Jr. |
| VKGS LLC, *et al.* | Kevin McCoy |
| **Defendants.** | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: MOTION HEARING**
**Court in session:** 9:24 a.m.
Court calls case. Appearances of counsel.

Discussion regarding Plaintiff's Motion to Depose Tim Stuart. Mr. McCoy argues others may have more relevant knowledge.

For the reasons stated on the record, it is:

ORDERED: Plaintiff's Motion to Depose Tim Stuart (Doc #48, filed 3/6/2009) is DENIED WITHOUT PREJUDICE and with leave for Plaintiff to renew this motion should a Rule 30(b)(6) deposition prove to be unproductive or less than fruitful.

HEARING CONCLUDED.

**Court in recess**: 9:40 a.m.
Total time in court: 00:16

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.